763 A.2d 1252

IN THE MATTER OF THOMAS F. BULLOCK,
AN ATTORNEY AT LAW.

January 9, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **THOMAS F. BULLOCK** of **MILMAY**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.5(c)(failure to provide written fee agreement and settlement statement) and *RPC* 8.4(c)(misrepresentation), and good cause appearing;

It is ORDERED that **THOMAS F. BULLOCK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.